ACCEPTED
03-14-00661-CV
3643589
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 9:30:58 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00661-CV

DEVVY KIDD; JOHN KIDD; M. J.    §    IN THE COURT OF APPEALS,
SHADDEN; JOHN COLE; R.M. DAIEY;  §
TRACY STEPHENS; PATRICIA       §    THIRD DISTRICT OF TEXAS
STROYICK; DOROTHY MORROW;     §
CHARLES MORROW; AMY           §
WILLIAMS; DAVID WILLIAMS;       §
NORMAN KUEHN; ELIZABETH      §
THEISS; REBECCA GUTIERREZ;     §
MARIE NUGENT; STEVE G.         §
CRUTCHFIELD; ET AL.,           §
                            §
          Appellants,       §
                            §
vs.                            §
                            §
TEXAS PUBLIC UTILITY        §
COMMISSION,               §
          Appellee.        §
                            §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 9:30:58 AM
JEFFREY D. KYLE
Clerk

## NOTICE OF APPEARANCE

Interested party CenterPoint Energy Houston Electric, LLC hereby notifies the Court and

all parties that the following persons, in addition to those who previously gave notice, are

appearing as counsel of record on behalf of CenterPoint Energy.

Dale Wainwright
Texas State Bar No. 00000049
Davison Grant
Texas State Bar No. 08300010
Lindsay Hagans
Texas State Bar No. 24087651
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 472-7800
Facsimile: (800) 404-3970
Email: Dale.Wainwright@bgllp.com
      Davison.Grant@bgllp.com
      Lindsay.Hagans@bgllp.com

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: _Dale Wainwright_
Dale Wainwright
Texas State Bar No. 00000049
Davison Grant
Texas State Bar No. 08300010
Lindsay Hagans
Texas State Bar No. 24087651

111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 472-7800
Facsimile: (800) 404-3970
Email: Dale.Wainwright@bgllp.com
Davison.Grant@bgllp.com
Lindsay.Hagans@bgllp.com

**ATTORNEYS FOR CENTERPOINT
ENERGY HOUSTON ELECTRIC, LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record by electronic service in accordance with the Texas Rules of Civil Procedure on January 5, 2015.

Roger B. Borgelt
Borgelt Law
614 S. Capital of Texas Hwy
Austin, Texas 78746
*Attorney for Plaintiffs*

David Tuckfield
The Law Office of David J. Tuckfield, PC
12400 West Highway 71, Suite 350-150
Austin, Texas 78738
*Attorney for Plaintiffs*

Kellie E. Billings-Ray
Elizabeth B. Sterling
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
*Attorneys for Texas Public Utility Commission*

Patrick R. Cowlishaw
Stephanie C. Sparks
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

Scott Seamster
Texas-New Mexico Power Company
225 E. John Carpenter Fwy
Suite 1500
Irving, Texas 75062
*Attorneys for Texas-New Mexico Power Company*

Jo Ann Biggs
Cortney C. Thomas
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
*Attorneys for Oncor Electric Delivery Company LLC*

Rhonda Colbert Ryan
American Electric Power Company, Inc.
400 W. 15th Street, Suite 1500
Austin, Texas 78701

Patrick Pearsall
Duggins Wren Mann & Romero, LLP
P.O. Box 1149
Austin, Texas 78767
*Attorneys for AEP Texas Central Company and AEP Texas North Company*

Dale Wainwright